IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INTERACTIVE HEALTH, INC., an Illinois corporation, | ) ) ) |
| Plaintiff, | ) No. 17-CV-4924 ) |
| v. | ) Hon. John Z. Lee ) |
| THE VITALITY GROUP, INC., an Illinois corporation; THE VITALITY GROUP, LLC, a Delaware Limited Liability Company registered to do business in Illinois, and ANTONIA DUMITRIU-MORENTZ, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate to dismissal of this case with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| Interactive Health, Inc. *Plaintiff* | The Vitality Group, Inc., The Vitality Group, LLC and Antonia Dumitriu-Morentz *Defendants* |
| By: /s David J. Tecson | By: /s Jillian S. Cole |
| David J. Tecson (ARDC# 6198108) | James D. Wilson (ARDC 3033643) |
| Daniel J. Fumagalli (ARDC# 6182648) | Daniel R. Saeedi (ARDC 6279025) |
| Adam K. Beattie (ARDC# 6299064) | Jillian S. Cole (ARDC 6296493) |
| Chuhak & Tecson, P.C. | Rachel L. Schaller (ARDC 6306921) |
| 30 S. Wacker Drive, Suite 2600 | Taft Stettinius & Hollister LLP |
| Chicago, Illinois 60606 | 111 East Wacker Drive, Suite 2800 |
| (312) 444 - 9300 | Chicago, Illinois 60601 |
| dtecson@chuhak.com | jwilson@taftlaw.com |
| dfumagalli@chuhak.com | jcole@taftlaw.com |
| abeattie@chuhak.com | dsaeedi@taftlaw.com |
| | rschaller@taftlaw.com |

ALL OF WHICH IS HEREBY APPROVED and this action is hereby DISMISSED, <u>WITH</u> PREJUDICE, each party to bear its own costs.

Dated: _____                             _____
                                                                      Hon. John Z. Lee

4824-1565-2186.1.28508.64081